```
                                                    FILED
                                                    APR 19 2012
                                            CLERK, U.S. DISTRICT COURT
                                          EASTERN DISTRICT OF CALIFORNIA
                                          BY
                                                    DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-0148 KJM |
| Plaintiff, | |
| v. | ORDER UNSEALING INDICTMENT |
| MIGUEL GONZALEZ-OCHOA, and LINSEY MOORE, | [Fed. R. Crim. P. 6(e)(4)] |
| Defendants. | |

For the reasons set forth in the government's Motion to Unseal the Indictment, the Court hereby orders that the Indictment in <u>United States v. Gonzalez-Ochoa, et al.</u>, Case No. 2:12-cr-0148 KJM, be **UNSEALED**.

DATED: April 19, 2012

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE