UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-00148 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MIGUEL GONZALEZ-OCHOA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum            ( ) Ad Testificandum

Name of Detainee:     **MIGUEL GONZALEZ OCHOA, CDC No. AD7583**
Detained at (custodian):    High Desert State Prison
                              475-750 Rice Canyon Road
                              Susanville, California 96127

| | | |
|---|---|---|
| Detainee is: | a.) | (X) charged in this district by: (X) Indictment ( ) Information |
| | | ( ) Petition for Supervised Release Violations |

| | | |
|---|---|---|
| Detainee will: | a.) | (_) return to the custody of detaining facility upon termination of proceedings |
| or | b.) | (X) be retained in federal custody until final disposition of federal charges. |

*Appearance forthwith is necessary in the Eastern District of California for arraignment on federal drug trafficking indictment.*

                            Signature:            /s/ Jason Hitt
                            Printed Name & Phone No:  Jason Hitt  916-554-2751
                            Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
        (X) Ad Prosequendum                (_) Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:  June 26, 2012.

                                            UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Booking or CDC #: | **MIGUEL GONZALEZ OCHOA, CDC No. AD7583** | X Male    Female |
| Facility Address: | High Desert State Prison | |
| | 475-750 Rice Canyon Road | |
| | Susanville, California 96127 | |
| Facility Phone: | (530) 251-5100, ext. 5702 | |
| Currently Incarcerated For: | State felony convictions | |

## **RETURN OF SERVICE**

Executed on _____        By: _____
                                                                          (Signature)